# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:07cv354

| | |
|---|---|
| RITA K. STURGEON, | ) |
| Plaintiff, | ) |
| Vs. | ) ORDER |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
| Defendant. | ) |

**THIS MATTER** is before the court upon plaintiff's Motion to Stay the Scheduling Order. Counsel is reminded that the local rules require reflection of consultation with opposing counsel. Having considered plaintiff's motion and reviewed the pleadings, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that plaintiff's Motion to Stay the Scheduling Order (# 14) is **DENIED**, however, all deadlines contained in the Scheduling Order are enlarged by 60 days to allow the respective parties adequate time to resolve the administrative record.

Signed: May 15, 2008

Dennis L. Howell
United States Magistrate Judge