# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:07cv354

| | |
|---|---|
| RITA K. STURGEON, | ) |
|     Plaintiff, | ) |
| Vs. | )     **ORDER** |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
|     Defendant. | ) |

**THIS MATTER** is before the court upon plaintiff's Application for Attorney Fees and Costs Under EAJA. The Commissioner does not oppose the proposed award, provided that this is the only petition filed by this plaintiff under 28, United States Code, Section 2412(d). The court having reviewed the fee petition and determined that the amount requested is both fair and reasonable, and is properly supported, the request will be allowed.

## ORDER

**IT IS, THEREFORE, ORDERED** that plaintiff's Application for Attorney Fees and Costs Under EAJA(#22) is **ALLOWED**, and the Commissioner shall pay the plaintiff $2,097.87 as attorneys fees. No other petition shall be filed by this plaintiff under 28, United States Code, Section 2412(d).

Signed: May 6, 2009

Dennis L. Howell
United States Magistrate Judge